JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MELCHOR LOPEZ, | ) | No. CV 08-03020-ODW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D. DEXTER, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: June 16, 2009

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE